IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Case No. 07-cr-00366-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FELIX ABRAM JR.,
    a/k/a "Fe,"
2. HENDERSON JERALE ABRAM,
    a/k/a "Hen,"
3. TYREE ABRAM and
4. CHERIE MOORE,

    Defendants.

---

## ORDER OF ASSIGNMENT

---

Following discussion with counsel about the limited assignment of motions concerning wiretaps, no objections have been expressed or filed. After consideration of the interests of judicial efficiency, pursuant to D.C.Colo.LCrR 50.1, and the direction of the active district judges of this district, I hereby assign to Chief Judge Edward W. Nottingham for the sole and limited purpose of scheduling, hearing and deciding any motions which may be filed raising issues relating to wiretaps used to obtain evidence which the government proposes to use in this case.

Notice is hereby given that Judge Nottingham has set a status conference regarding the wiretap motions for Friday, October 26, 2007, at 2:00 p.m.

DATED at Denver, Colorado, on October 25, 2007

BY THE COURT:

s/ Walker D. Miller
United States District Judge