IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00366-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  FELIX ABRAM JR.,
     a/k/a "Fe,"
2.  HENDERSON JERALE ABRAM,
     a/k/a "Hen,"
3.  TYREE ABRAM and
4.  CHERIE MOORE,

      Defendants.

---

## ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS

---

     Upon consideration of the Government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony under Specified Conditions to the Attorneys for the Defendants pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, it is,

     ORDERED that copies of the transcripts of testimony given before the Grand Jury and other Grand Jury materials be disclosed to the attorneys for the defendants for preparation for trial.

FURTHER ORDERED that the disclosed copies of the Grand Jury transcripts and materials are not to be reproduced and are to be retained in the personal custody or office of the attorney for the defendant.

DATED this 27th day of March, 2008, at Denver, Colorado.

BY THE COURT:

s/ Walker D. Miller

_____
WALKER D. MILLER, JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO