IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Criminal Action No. 07-cr-00366-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FELIX ABRAM, JR.

    Defendant.

_____

**ORDER**
_____

The court construes defendant's Notice of Disposition as a motion to change his plea and to have the court consider the terms of the parties' plea agreement. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters. The defendant's presence is excused at the upcoming motions hearing. Counsel shall contact chambers within ten days to set a change of plea hearing.

    DATED at Denver, Colorado, on October 20, 2008.

                                       BY THE COURT:


                                       s/ Walker D. Miller
                                       United States Senior District Judge

PDF FINAL