IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00366-WDM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  FELIX ABRAM,
2.  HENDERSON ABRAM,

     Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

     The following Minute Order is entered by Judge Walker D. Miller:

     Hearing on Willie Clark's Forthwith Motion to Disclose Presentence Reports of Government Witnesses will be held **February 16, 2010, at 1:30 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.  (The defendants are not required to be present.)


Dated: February 11, 2010

                                                    s/ Jane Trexler, Judicial Assistant

PDF FINAL