IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

| | |
|---|---|
| Courtroom Deputy: Laura Galera<br>Court Reporter:     Kara Spitler<br>Probation Officer:   Katrina Devine | Date: March 8, 2011 |

**Criminal Action No. 07-cr-00366-WDM-1**

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Susan Knox |
|  | Michele Korver |
| Plaintiff, |  |
| vs. |  |
|  | Scott Jurdem |
| 1. FELIX ABRAM, JR. |  |
| Defendant. |  |

## COURTROOM MINUTES - SENTENCING HEARING

**9:03 a.m.     Court in session.**

The defendant is present in court, in custody.

Appearances of counsel.

Defendant entered his plea on **November 12, 2008,** to Counts Three (3) and Four (4) of the Indictment.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Government addresses the Court regarding the dismissal of Count Four pursuant to the Motion to Dismiss Counts One, Two and Four of the Indictment as to Defendant Felix Abram [490].

Court addresses the government regarding dismissal of Count Four.

Probation addresses the court regarding dismissal of Count Four.

Statement by Mr. Jurdem, for the defendant.

Statement by Ms. Korver, for the government.

Probation addresses the Court regarding sentencing.

**ORDERED:** That the statement of facts in the Plea Agreement and the Pre-sentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

**ORDERED:** That the Motion to Compel Disclosure [115] is **DENIED AS MOOT.**

**ORDERED:** That the Motion for Identification and Production of Specific Materials to Used in the Prosecution of Felix Abram [151] is **DENIED AS MOOT.**

**ORDERED:** That the Government's Motion Regarding Acceptance of Responsibility [486] is **GRANTED TO THE EXTENT OF THE COURT'S SENTENCE.**

**ORDERED:** That the Motion to Dismiss Counts One, Two and Four of the Indictment as to Defendant Felix Abram [490] is **GRANTED.**

**ORDERED:** That the Defendant's plea of guilty to Count Three (3) of the Indictment is accepted.

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

|  | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | | |
| Count Three | 78 to 97 months | 78 months |
| **Supervised Release** | | |
| Count Three | 2 to 3 years | 3 years |
| **Probation** | | |
| Count Three | Not eligible | Not recommended |

**Fine**

Count Three          $12,500 to $125,000          Not Recommended

**Special Assessment**

Count Three          $100                         $100

**Restitution**      Restitution is not an issue in this case.

**Community Service**                             Not Recommended

**ORDERED:** **Pursuant to the Sentencing Reform Act it is the judgment of the Court that the defendant be committed to the custody of the Bureau of Prisons for a term of seventy-eight (78) months as to Count Three.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release for a period of three (3) years as to Count Three.**

**ORDERED:** **Conditions of Supervised Release that:**

- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (X) That the defendant shall submit to one drug test within fifteen (15) days from his release from prison, as directed by the probation department, and thereafter, to at least two periodic tests for the use of controlled substances as directed and determined by the court;
- (X) Defendant shall cooperate in the collection of his DNA as directed by the probation officer.

**ORDERED:** **Special Conditions of Supervised Release that:**

- (X) That the defendant shall, at his own expense, unless then indigent, shall undergo an alcohol and substance abuse evaluation, and thereafter and again at his own expense and directed by his probation officer, shall receive any treatment, therapy, counseling, testing or education prescribed by the evaluations or as directed by his probation officer or as ordered by the court; the Court authorizes the release to all treatment agencies, of all reports, including the presentence investigation report for the continuity of treatment.

           The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.

**ORDERED:**  Defendant shall pay **$100.00 to the Crime Victim Fund** (Special Assessment).

**ORDERED:**  No fine is imposed because defendant has no ability to pay a fine.

**ORDERED:**  Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days of entry of judgment.

**ORDERED:**  Defendant is **REMANDED** to the custody of the U.S. Marshal.

**9:50 a.m.**     **Court in recess.**
Total in-court time:   00:47
Hearing concluded.